UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SAFAH NOFAL,

                                           Plaintiff,

               -against-

THE CITY OF NEW YORK, SGT. MATTHEW
BOMPAROLA, SHIELD # 4435; P.O. YURIY
AKOPOV, SHIELD # 19909; P.O. DARRYL
FONTAINE, SHIELD # 9186; P.O. CHRISTOPHER
IANNO, SHIELD # 13581; SGT. MONYA COATS,
SHIELD # 2243; the individual defendant(s) sued
individually and in their official capacities,

                                         Defendants.
----------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

10 CV 3262 (MKB)(JMA)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Michael Hueston, Esq.
~~Michael P. Kushner, Esq.~~
*Attorney for Plaintiff*
~~155 Water Street, Suite 4010~~
Brooklyn, New York ~~11201~~ 11241
~~(212) 202-2634~~ 718 246.2900

By: Michael Hueston Esq. ~~Michael P. Kushner, Esq.~~
*Attorney for Plaintiff*

Dated: New York, New York
January 29, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-199
New York, New York 10007

By: Karl J. Ashanti, Esq.
*Assistant Corporation Counsel*

SO ORDERED:
s/ MKB

HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE

2